994 So.2d 1241 (2008)
STRATUS PHARMACEUTICALS, INC., Appellant,
v.
PHARMACEUTICAL DEVELOPMENT, INC. and Cheryl Blume, Appellees.
No. 3D08-1700.
District Court of Appeal of Florida, Third District.
November 19, 2008.
*1242 Xavier L. Suarez, Coral Gables, for appellant.
Shumaker, Loop & Kendrick and Phillip Campbell, Jr. and Duane A. Daiker, Tampa, for appellees.
Before COPE and RAMIREZ, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See §§ 47.051, 47.011, Fla. Stat.; Knowles, Inc. v. Imperial Lumber Co., 238 So.2d 487 (Fla. 2d DCA 1970).